# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| VIRGIL H. COLLINS, | ) | CASE NO. 1:23-cv-164 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | **JUDGMENT ENTRY** |
| TRUSTEE FOR CARRINGTON | ) | |
| MORTGAGE LOAN TRUST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in this Court's Memorandum of Opinion, this action is DISMISSED. Further, the Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

**Date**: May 5, 2023